UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DARRYL T.,
      *Plaintiff*,                      Civil No. 24-12406

v.

MARTIN O'MALLEY,
COMMISSIONER                      Hon. Elizabeth A. Stafford
OF SOCIAL SECURITY,          United States Magistrate Judge
      *Defendant*.
_____/

## STIPULATION TO REMAND TO THE COMMISSIONER

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order remanding the above-captioned case to the Commissioner for further administrative action. Following entry of the Court's order, the Commissioner will remand the case for further administrative proceedings, take any action necessary to complete the administrative record, and issue a new decision.

Respectfully submitted,

DAWN N. ISON
United States Attorney

/s/ Erika Riggs[1]  
Erika Riggs  
625 E. Big Beaver Rd.  
Suite 204  
Troy, MI 48083  
(248) 838-3000  
Erika@AttorneysDLG.com  

Attorney for Plaintiff

/s/ Nicol S. Fitzhugh  
Nicol S. Fitzhugh  
Special Assistant United States Attorney  
Office of Program Litigation, Office 4  
Office of the General Counsel  
Social Security Administration  
6401 Security Boulevard  
Baltimore, MD 21235  
(816) 936-5755  
nicol.fitzhugh@ssa.gov[2]  

Attorneys for Defendant

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Nicol S. Fitzhugh.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that I sent the document via electronic mail to:

Erika Riggs
Attorney for Plaintiff
Email:  Erika@AttorneysDLG.com


                                                /s/ Nicol S. Fitzhugh
                                                Nicol S. Fitzhugh
                                                Special Assistant United States Attorney
                                                Office of Program Litigation, Office 4
                                                Office of the General Counsel
                                                Social Security Administration
                                                6401 Security Boulevard
                                                Baltimore, MD 21235
                                                (816) 936-5755
                                                Email:  nicol.fitzhugh@ssa.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DARRYL T.,

       *Plaintiff*,                    Civil No.  24-12406

v.

MARTIN O'MALLEY,
COMMISSIONER                    Hon. Elizabeth A. Stafford
OF SOCIAL SECURITY,         United States Magistrate Judge

         *Defendant*.

_____/

## ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).  Following entry of the Court's order, the Commissioner will remand the case for further administrative proceedings, take any action necessary to complete the administrative record, and issue a new decision.

s/Elizabeth A.Stafford
Elizabeth A. Stafford
United States Magistrate Judge

Dated: 11/18/2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DARRYL T.,

    *Plaintiff*,         Civil No.  24-12406

v.

MARTIN O'MALLEY,
COMMISSIONER                      Hon. Elizabeth A. Stafford
OF SOCIAL SECURITY,         United States Magistrate Judge

    *Defendant*.
_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                           s/Elizabeth A. Stafford
                                           Elizabeth A. Stafford
                                           United States Magistrate Judge

Dated: 11/18/2024